United States District Court
Southern District of Texas
**ENTERED**
October 17, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CYNTHIA GARZA MUNDY, <br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Commissioner of the <br> Social Security Administration, <br> Defendant. | § <br> § <br> § <br> § Civil Action No. 1:18-cv-00172 <br> § <br> § <br> § <br> § |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 17) in the above-captioned case. The R&R recommended the Court deny Plaintiff Cynthia Garza Mundy's Motion for Summary Judgment ("Plaintiff's Motion") (Docket No. 15) and affirm Defendant Nancy A. Berryhill's final decision in Garza Mundy's underlying administrative action. Objections were due September 26, 2019. No objections were filed by either party. After a *de novo* review of the record, the "Magistrate Judge's Report and Recommendation" (Docket No. 17) is **ADOPTED**. It is therefore **ORDERED** that Plaintiff's Motion be **DENIED** and the Commissioner's final decision is **AFFIRMED**. The Clerk of Court is hereby ordered to close this case.

Signed on this 17th day of October, 2019.

Rolando Olvera
United States District Judge